# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JERRY CARL SCOTT, TDCJ #492190, | ) | |
| SID #1045367, | ) | |
| Previous TDCJ #852998, #952558, #1064902 | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:07-CV-1192-N |
| | ) | ECF |
| EDDIE L. WHEELER, et al., | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge and DENIES Plaintiff's motion for leave to proceed *in forma pauperis* pursuant to the three-strike provision of 28 U.S.C. § 1915(g).

Signed August 24, 2007.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE